JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT L. DARNALL, SR., | ) | No. CV 11-10412-GAF (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| COUNTY OF LOS ANGELES, | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: June 19, 2012

GARY A. FEESS
UNITED STATES DISTRICT JUDGE